USDC SCAN INDEX SHEET










```
AXR     1/21/05     15:25
3:05-CV-00025    LIERMAN V. AVNET
*4*
*P/A.*
```

JOHN R. GOFFAR (SBN 184988)
110 West C Street, Suite 1300
San Diego, California 92101
Telephone: 619-231-0411
Facsimile: 619-231-0414

05 JAN 21 PM 1:35

Attorney for Plaintiff DONALD LIERMAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DONALD LIERMAN, | CASE NO. 05-CV-0025 W (WMC) |
|---|---|
| Plaintiff, | PLAINTIFF'S POINTS AND AUTHORITIES PURSUANT TO THE COURT'S ORDER TO SHOW CAUSE |
| v. | |
| AVNET, A New York Corporation; and Does 1 through 100, inclusive, | Date: January 21, 2005<br>Time:<br>Judge: Hon. Thomas J. Whelan<br>Courtroom: 7 |
| Defendants. | |

Plaintiff Donald Lierman hereby files the within Points and Authorities pursuant to the Court's Order to Show Cause Order dated January 7, 2005.

I.

**Statement of Facts**

This is an Age Discrimination case under the Fair Employment and Housing Act (FEHA) arising out of the Plaintiff's employment with Defendant. Plaintiff was employed with Defendant from 1989-2002 as a Salesperson. Defendant terminated Plaintiff's employment.

Plaintiff filed a lawsuit for Age Discrimination and Failure to Prevent and Remedy Discrimination in the Superior Court of the State of California. Defendant filed for removal of the action based upon Diversity.

The Court requested briefs from both parties regarding the "amount in controversy" requirement of Diversity.

## II.

## Argument

### 1. Plaintiff Stipulates to Remand

Plaintiff will stipulate to Remand the matter back to the Superior Court.

### 2. Defendant Bears the Burden of Establishing The Amount in Controversy as it Filed for Removal

The party invoking the Court's jurisdiction has the burden of establishing the factual basis of its claims. *(Diefenthal v. C.A.B., 681 F.2d 1039).*

Code of Civil Procedure section 425.10 (b) prohibits the Plaintiff in a Superior Court Action from stating the amount demanded in a personal injury action. Accordingly, Plaintiff's Complaint is silent as to the amount of damages requested.

Where, as here, the Complaint is silent or unclear as to the amount of damages sought by the Plaintiff, the defendant must allege and "bears the burden of actually proving" that the amount in controversy exceeds $75,000.00. *(Gaus v. Miles, Inc. (9th Cir. 1992) 980 F.2d 564).* The Defendant must state the underlying facts supporting its assertion that the amount in controversy exceeds $75,000.00. *(Id. at p. 566).*

## III.

## CONCLUSION

For the foregoing reasons, Plaintiff requests that the matter be remanded to the Superior Court.

Dated: January 21, 2005

By: /s/ John R. Goffar
JOHN R. GOFFAR
Attorney for Plaintiff
Donald Lierman

THE LAW OFFICES OF
JOHN R. GOFFAR

Plaintiff's Points and Authorities Pursuant to the Courts Order to Show Cause

2

## PROOF OF SERVICE

Case: Lierman v. Avnet
Case No. 05-CV-0025 W (WMC)

I am employed in the County of San Diego. My business address is The Law Offices of John R. Goffar, 110 West C Street, Suite 1300, San Diego, CA 92101. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On January 21, 2005, I caused a copy of the following document(s):

1. PLAINTIFF'S POINTS AND AUTHORITIES PURSUANT TO THE COURT'S ORDER TO SHOW CAUSE

To be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

Craig Hunsaker, Esq.
Fish & Richardson
12390 El Camino Real
San Diego, CA 92130

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the dame day in the ordinary course of business.

I declare that I am employed in the office of a member of a bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 21, 2005 at San Diego, California.

*/s/ John R. Goffar*
John R. Goffar